**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

SERAFIN GONZALEZ,

    Plaintiff,

vs.                                  **CASE NO. 1:21-cv-20396-UU**

BEAST HOLDINGS, LLC, and
VIRTUAL DINING CONCEPTS, LLC,

    Defendants.

_____/

**NOTICE OF LIKELY SETTLEMENT**

       Plaintiff, SERAFIN GONZALEZ, through the undersigned counsel, hereby submits this Notice of Likely Settlement. In support thereof, Plaintiff states as follows:

       1.     Since the outset of the dispute, the parties have engaged in good faith discussions regarding a potential resolution of the lawsuit.

       2.     Based on the current status of those discussions, the parties believe that a settlement of the matter is likely, and are diligently cooperating together to prepare a written settlement agreement as quickly as possible. In this regard, a resolution of the matter is expressly contingent upon the approval and execution of a written settlement agreement between the parties.

       3.     To both preserve the parties' resources, and also to preserve this Court's resources, Plaintiff respectfully requests that the Court administratively close the above-captioned proceeding and allow the parties 30 days to: (a) finalize the preparation of the proposed written settlement agreement; (b) seek approval and execution of same from all parties; and (c) file dismissal documents with the Court.

1
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Ave., Miami, Florida 33129

4.	In the unlikely event that the parties are unable to settle the matter, the Plaintiff will immediately notify the Court and move to reopen the above-captioned proceeding.

**CERTIFICATE REGARDING TYPE-VOLUME LIMITATION**

The undersigned counsel hereby certifies that this document complies with the Court's type-volume limitation. This document contains 190 words, excluding the parts that are not counted towards the type-volume limitation.

Dated: March 11, 2021

Miami, Florida

Respectfully submitted,

Oliver Alan Ruiz
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Oliver Alan Ruiz
Florida Bar No. 524,786
oruiz@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000

*Attorneys for Plaintiff*